UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADRIAN T. DAVIS,

     Plaintiff,

                                    Case No. 1:26-cv-671

v.

                                      HON. JANE M. BECKERING

AMAZON.COM SERVICES, INC.,

     Defendant.

_____/

## **<u>ORDER</u>**

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 7) on April 1, 2026, recommending that the Court dismiss Plaintiff's complaint for failure to state a claim on which relief may be granted.  The Report and Recommendation was duly served on Plaintiff.[1]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED for failure to state a claim on which relief may be granted.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: April 23, 2026                        /s/ Jane M. Beckering
                                           JANE M. BECKERING
                                         United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.